John Wayne McLAUGHLIN–COX,
Plaintiff—Appellant,

v.

MARYLAND PAROLE COMMISSION,
Defendant—Appellee.

No. 03–7415.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 16, 2004.

John McLaughlin–Cox, Appellant pro se. Susan Howe Baron, Department of Public Safety and Correctional Services, Baltimore, Maryland, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John McLaughlin–Cox appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See *McLaughlin–Cox v. Maryland Parole Comm'n*, No. CA–02–4204–MJG (D.Md. Aug. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*